January 25, 2016

## SPECIAL NOTICE TO ALL MAGISTRATES AND ALLEGED JUDGES

All Officials referred to above are hereby notified by attached notice entitled: CONGRATULATIONS U.S.A. GLOBAL CURRENCY RESET 100% CONFIRMED ON 12/12/14, that America became an independent Republic free from the Corporation of the UNITED STATES OF AMERICA and the control of England on above mentioned date. Therefore, any official be they city, county, or state, magistrates, attornies, or law enforcement will be indicted and charged with TREASON. To continue to operate under the gold-fringed state or U. S. Flag any of the above can be arrested, indicted, and so charged. As in the case of Benedict Arnold those so charged will not be allowed to live in America any longer nor will any be able to take any monies or assets to their new home or allowed to return to the USA. Those so arrested will not be taken to any local place of detention or be able to bail out.

The choice is yours, continued to operate under the Admiralty Law Flag and risk indictment, arrest, and deportation or follow your own statutes which require you to recognize Common Law as the Law of this free Republic of the United States of America namely, Title 18, USC 1-308, 1-105, and 1-242.

This notice also serves as a change of address notice. The undersigned must be addressed in the proper way or mail cannot be accepted:
>victor lynn
>twenty-nine zero one
>bernice street
>near gladewater, texas

Please notice the absence of capital letters and zip code.

>Without Prejudice,
>
>*victor lynn*
>victor lynn

# CONGRATULATIONS U.S.A. GLOBAL CURRENCY RESET 100% CONFIRMED ON 12/12/2014

 1NEOTECH

6,808

51,290

Add to   Share   More

343   55

**Published on Dec 13, 2014**
CONGRATULATIONS AMERICA ON 12/12/2014
THIS IS A MOMENT IN HISTORY — AS OF 12:01 AM EST, YOU ARE A REPUBLIC AGAIN. PRINCE WILLIAM WAS FLOWN IN BY MILITARY JET INTO RENO TO SIGN OFF THE TREATY BETWEEN US AND GREAT BRITIAN. WE ARE A FREE NATION!
AS OF 12:01 AM EST, THE US CORPORATION HAS BEEN DISSOLVED. MANY FED AGENCIES WILL BE ABSORBED INTO THE REPUBLIC AND SOME DISSOLVED. CONSIDER THE IMPLICATIONS.
FEMA CAMPS HAVE BEEN REOPENED, BEING STAFFED AND LOADING. THE BAD HOMBRES ARE BEING ROUNDED UP BY A BRIGADE OF TEXAS RANGERS WHO HAVE BEEN DEPUTIZED BY THE MARSHALLS.
COMMON LAW IS NOW IN PLACE AND ADMIRALTY LAW HAS BEEN TERMINATED. CONSIDER THE IMPLICATIONS.
By nesaranews
http://nesaranews.blogspot.co.uk/

| | |
|---|---|
| **Category** | News & Politics |
| **License** | Standard YouTube License |

*victor lynn*

October 28, 2015

### F I R S T  NOTICE TO ALL GLADEWATER OFFICIALS

I will be happy to comply with any of your demands. However, any public official must comply with all ucc codes on Exhibit A enclosed and also posted near front door of twenty-nine zero one bernice street near gladewater, texas which requires a contract with property owner to legally enter property at above address. In order to make a legal contract, there must be negotiation. Since owner does not work for nothing, the owner's fee is $10,000 a minute for a minimum of two minutes or $20,000 payable in gold bullion in advance. In addition to original negotiation fee, the owner's fee schedule, Exhibit B applies. Other documents of said property owner are recorded in the Recorder's Office of U. S. District Court in Marshall, Texas under Civil Docket For Case # 2:13-mc-00005-JRG.

In addition to the above source there are many other sources of documents which prove I am a living be-ing under Common Law which your ucc1-308 requires you to follow. As a living be-ing recognized as such by alleged judge Donna Lee Blalock, I am not subject to your civil codes and regulations. The perramiters of your public service does not extend past commercial businesses to include the general public. The general public have God-given rights which to regulate is slavery. Public Servants have made themselves slavemasters and are criminal violators ignoring the law of the land their oaths of office requires. I am the public and I command you public servants to cease and desist your criminal activity or else. Every police officer who enter my personal property from this day forward without a valid warrant will be arrested for criminal trespass. A valid warrant must have an accompanying affidavit of a person I have injured or from a property owner whose property I have damaged.

Any public official will not be allowed to contract with me without my conscent and following the stipulations outlined above. Any previous communication without the proper nomenclature and address format to be mentioned below is now declared null and void.

This First Notice must be answered in writing to victor lynn, twenty-nine zero one bernice street, near gladewater, texas (all words and numbers spelled out in lower case without a zip code) in fourteen business days or be in default. To be in default is to agree with me by silence or acquiesence.

HAVE A NICE DAY!

*victor lynn*
victor lynn

Exhibits A & B

November 23, 2015

## SECOND NOTICE TO ALL GLADEWATER OFFICIALS

Attention:  Harold Wells, alleged city mayor
Melba Haraldson, alleged city manager
Robert Vines, alleged police chief
Al Harrison, alleged Code enforcement officer
Donna Lee Blalock, alleged city judge

Although this notice, as well as first notice, third notice, and final notice serves as a warning to all officials which would act contrary to law, the above officials by not answering the affiant's or claimnant's stipulations (silence gives concent).  Since the above named officials failed to reply to first notice with exhibits A, B, & C in 14 business days, as of November 19, 2015, each of you and your spouses are in default.

Furthermore, each of you have 14 business days to reply in writing to the affiant as stipulated in the first notice or be in default.  Furthermore it will be assumed that each of you to contract with the affiant, victor lynn, as to his fee schedule to be paid the same in full in lawful money or gold bullion, bonds, insurance, and assets.  This process will begin in earnest when you are in full default.

I, victor lynn, reserve all my unalienable and inalienable rights under Title 18, UCC 1-308, 1-103, and 1-242.

Without Prejudice,
victor lynn

Enclosures:
 First Notice
 Exhibits A, B, & C

December 23, 2015

### THIRD NOTICE TO ALL GLADEWATER OFFICIALS

Attention:  Harold Wells, alleged city mayor
           Melba Haraldson, alleged city manager
           Robert Vines, alleged police chief
           Al Harrison, alleged code enforcement officer
           Donna Lee Blalock, alleged city judge

Each of you have 14 business days to respond to this THIRD NOTICE after the receipt thereof. As you will notice in the first notice is my correct name and address. Failure to respond to this notice in the time specified will result in full default in this matter.

I, victor lynn, reserve all my unaliienable and inalienable rights under Title 18, UCC 1-308, 1-105, and 1-242.

                                      Without Prejudice,
                                      *victor lynn*
                                      victor lynn

Enclosures:
    First Notice
    Second Notice
    Exhibits A, B, & C